No. 88–1366.   SIMMONS ET AL. *v.* PEREZ.   C. A. 9th Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Canton* v. *Harris,* 489 U. S. 378 (1989).

No. 88–1395.   MUNICIPAL COURT OF THE SOUTHEAST JUDICIAL DISTRICT, COUNTY OF LOS ANGELES, ET AL. *v.* GUTIERREZ. C. A. 9th Cir.   Motion of U. S. English Foundation, Inc., et al. for leave to file a brief as *amici curiae* granted.   Certiorari granted, judgment vacated, and case remanded to the Court of Appeals with instructions to dismiss the appeal as moot.   *United States* v. *Munsingwear, Inc.,* 340 U. S. 36 (1950).

(See also Nos. 88–6494 and 88–6497, *ante,* p. 89.)

No. — – ——.   STEWART *v.* CORBIN ET AL.   Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. A–778 (88–6904).   MCDONALD *v.* YELLOW CAB METRO, INC. Sup. Ct. Tenn.   Application for stay, addressed to JUSTICE STEVENS and referred to the Court, denied.

No. D–755.   IN RE DISBARMENT OF MCKAY.   Disbarment entered.   [For earlier order herein, see 488 U. S. 1026.]

No. D–757.   IN RE DISBARMENT OF SACCO.   Disbarment entered.   [For earlier order herein, see 488 U. S. 1026.]

No. D–763.   IN RE DISBARMENT OF GRIDLEY.   Disbarment entered.   [For earlier order herein, see 488 U. S. 1038.]

No. D–765.   IN RE DISBARMENT OF DOUGLAS.   Disbarment entered.   [For earlier order herein, see 488 U. S. 1039.]

No. D–776.   IN RE DISBARMENT OF WERNER.   It is ordered that Mark Eugene Werner II, of Baltimore, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.